IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEX SPECIAL ASSETS, et al.,

   Plaintiffs,

    v.

ALISON HAROLD,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2937-TWT

### ORDER

This is a dispossessory action wrongfully removed from the State Court of DeKalb County. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding this action to the State Court of DeKalb County. For the reasons set forth in the Report and Recommendation, this Court has no subject matter jurisdiction. I approve and adopt the Report and Recommendation, including the award of sanctions, as the judgment of the Court. This action is remanded to the State Court of DeKalb County.

SO ORDERED, this 9 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Lex Special Assets\r&r.wpd